UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL NEKTALOV *and* MIRYEM YUSHANAYEV,

                          Plaintiffs,

          -against-

JETBLUE AIRWAYS CORPORATION,

                          Defendant.
-----------------------------------------------------------X

**REPORT & RECOMMENDATION**
22 CV 513 (WFK) (CLP)

**POLLAK**, Chief United States Magistrate Judge:

      On January 28, 2022 plaintiffs Michael Nektalov and Miryem Yushanayev filed this action against Jetblue Airways Corporation, alleging that defendant discriminated against plaintiffs in violation of 42 U.S.C. §§ 1981, 2000(D) and 49 U.S.C. §44902.  (See ECF No. 1). Since the filing of the Complaint, plaintiffs have taken no further action in this case; plaintiffs have not filed an affidavit of proper service and the time for service has long expired with no request for an extension.  See Fed. R. Civ. P. 4(m) (requiring that service be made within 90 days of the filing of the complaint).  On April 28, 2022, this Court directed plaintiffs to file a status report in 30 days.  No report was filed.  Thereafter, on June 15, 2022, this Court directed plaintiffs to file a status report within 10 days.  To date, plaintiffs have not filed anything with the Court.

      It is respectfully recommended that if plaintiffs do not contact the Court within 30 days, or by August 5, 2022, the case should be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report.

Failure to file objections within the specified time waives the right to appeal the District Court's Order.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e), 72; Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

The Clerk is directed to send copies of this Report and Recommendation to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: July 7, 2022
       Brooklyn, New York

                              */s/ Cheryl L. Pollak*
                              CHERYL L. POLLAK
                              Chief United States Magistrate Judge
                              Eastern District of New York